# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>SHEET METAL WORKERS LOCAL UNION 105<br><br>AND RELATED CLAIMS | No. 5:18-cv-00754-JAK (SPx)<br><br>**JUDGMENT FOLLOWING SMART'S ACCEPTANCE OF EPIC SHEET METAL, INC.'S FRCP RULE 68 OFFER OF JUDGMENT (DKT. 137)**<br><br>**JS-6** |

1

On February 23, 2023, Defendant Epic Sheet Metal, Inc. ("Epic") issued a Federal Rule of Civil Procedure Rule 68 Offer of Judgment ("Rule 68 Offer") to Plaintiff Sheet Metal Workers Local Union 105 ("SMART"). On March 7, 2023, SMART timely accepted the Rule 68 Offer through its counsel.

Based on the accepted Rule 68 Offer, this Court hereby enters judgment as follows:

1. Epic shall pay SMART Five Hundred Thousand Dollars and Zero Cents ($500,000.00), with such payment being due by check sent to SMART's counsel via overnight mail within forty-five (45) days of entry of this judgment ;

2. SMART's entire action against Epic shall be dismissed with prejudice. This dismissal includes any and all claims asserted by SMART against Epic for damages, restitution, costs, attorneys' fees, expenses, penalties, pre-judgment interest, post-judgment interest, and any other sums or amounts SMART sought or could have sought in its action against Epic;

3. To the extent any exist and/or are still pending before this Court, this dismissal does not include any claims of SMART against Titan Sheet Metal, Inc. ("Titan"); and

4. This judgment does not constitute an admission of liability or fault by Epic nor amounts to or should or may be deemed a finding as to the validity of any claims by SMART against Epic in the matter or wrongdoing by Epic. Further, the Court's taking and/or entering judgment here does not constitute, amount to, or result in a finding, determination, or conclusion that Epic was, is, and/or has ever been the alter ego or successor of Titan nor can it be relied upon by SMART or any third party to find Epic is subject to any labor agreement and/or collective bargaining agreement to which SMART is a party. Lastly, neither this judgment nor any of its terms or provisions shall be offered as evidence or received in evidence in any pending or future civil, criminal, administrative, arbitration, National Labor Relations Board, or union-related action or

proceeding to establish any liability of, admission by, or obligations of Epic.

**JUDGMENT IS SO ENTERED.**

Dated: May 31, 2023

_____
John A. Kronstadt
United States District Judge

3