1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11

IN RE SHEET METAL WORKERS
LOCAL UNION 105

No. 5:18-cv-00754-JAK (SPx)

12

**JUDGMENT**

13

**JS-6: CASE TERMINATED**

14

15

AND RELATED CLAIMS

16
17
18
19
20
21
22
23
24
25
26
27
28

1

1    On January 13, 2020, an Order issued Confirming a Decision issued by a Local

2    Joint Adjustment Board under a collective bargaining agreement between SMART Local

3    105 and Titan Sheet Metal Inc. and remanded the matter for further proceedings by the

4    LJAB. The Court of Appeals for the Ninth Circuit issued a Memorandum Decision and

5    Mandate affirming this Court's Order.

6    Thereafter, the parties were ordered to participate in an arbitration proceeding to

7    determine the "make whole" remedy ordered in the LJAB Decision. On June 5, 2024, the

8    parties submitted a Joint Status Report advising the Court that SMART Local 105 was

9    waiving its claim for the total "make whole" remedy and limiting damages to

10   $651,495.30, as stated in the original LJAB Decision.

11   Based on the foregoing recitals, judgment is hereby entered as follows:

12   1.    TITAN shall pay SMART the sum of Six Hundred Fifty-One Thousand,

13   Four Hundred and Ninety - Five Dollars and Thirty Cents ($651,495.30), with such

14   payment being due by check sent to SMART within forty-five (45) days of entry of

15   judgment.

16   2.    Upon entry of Judgment this entire case shall be closed as to all parties.

17

18

19   **IT IS SO ORDERED.**

20

21   Dated: 6/11/2024

22   _____
     John A. Kronstadt

23   United States District Judge

24

25

26

27

28                                      2